**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 05-2503

EMMANUEL CABALLER-CAMACHO,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. José A. Fusté, U.S. District Judge]

Before

Torruella and Lynch, Circuit Judges,

and Young, District Judge.[*]

Dennis J. Cruz Pérez and Cruz, Rivera & Alvarez-Westwood on brief for appellant.
Miguel A. Fernández and Fidel A. Sevillano Del Río, Assistant United States Attorneys, and H.S. García, United States Attorney, on brief for appellee.

May 18, 2006

[*]Of the District of Massachusetts, sitting by designation.

**Per Curiam**. This appeal involves a claim brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 et seq., against a doctor at a Veterans Administration clinic. After careful review of the record, we discern no clear error in any of the district court's findings. Primus v. United States, 389 F.3d 231, 237 (1st Cir. 2004). Particularly, the district court's assessment of witness credibility was hardly clearly erroneous.

Since the appellant did not include the district court's findings and rulings in his addendum and apparently deliberately refrained from citing them, we award double costs to appellee. Fed. R. App. P. 30(a)(1); 1st Cir. R. 28(a)(1), 38.

**Affirmed. Double costs to appellee.**